**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:   (212) 885-5149
Fax:     (917) 332-3720
Email:   JHarwood@BlankRome.com

RECEIVED
MAR 04 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

March 4, 2008

**BY FAX**

Honorable Harold Baer, Jr.
United States District Judge
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-08

    Re:    Rulewave LLC v. Dalla Al-Sahraa 08CV0162
           Our Ref. No. 128954-00602

Dear Judge Baer:

    We are attorneys for the Rule B plaintiff, Rulewave LLC. The Court has scheduled a conference on March 5, 2008 to discuss a case management plan. Although we continue to serve the attachment orders we have not been advised by any of the garnishee banks of a successful attachment to date and it is, subject to our client's instructions, our intention to dismiss the complaint without prejudice after another further period of service. Defendant has not appeared or answered in the action. We respectfully request an adjournment of the scheduled conference for 60 days.

                              Respectfully submitted,

                              Jeremy J.O. Harwood

JJH:rk
cc:   Dalla Al-Sahraa (via fax)

*[Handwritten annotation by Judge:]* With the understanding that not to May — we find the court dismissing on that date unless shown otherwise. So ordered. Harold Baer, Jr., U.S.D.J. 3-4-08

The Chrysler Building 405 Lexington Avenue · New York, NY 10174-0208
www.BlankRome.com
128954.00602/6621464v.1
Delaware · Florida · New Jersey · New York · Ohio · Pennsylvania · Washington, DC · Hong Kong

# BLANK ROME LLP
COUNSELORS AT LAW

## FAX TRANSMITTAL FORM

Date: March 4, 2008

|     | TO: | FIRM: | FAX NO.: | CONFIRMATION NO.: |
|-----|-----|-------|----------|-------------------|
| To: | Hon. Harold Baer, Jr. | United States District Court | 212 805-7901 | |
| cc: | Anil K. Panicker, C.E.O. | Dalla Al Sahraa | 011 971-4 3551073 | 011 9714 355 1072 |

| From: | Jeremy J.O. Harwood |
|-------|---------------------|
| Phone: | (212) 885-5149 |
| Fax: | (917) 332-3720 |
| Email: | JHarwood@BlankRome.com |
| Atty No.: | 05020 |

# of Pages: (include cover) 2

Client/Matter #: 128954-00602/

| ORIGINAL: | | WHEN COMPLETED: | |
|-----------|---|-----------------|---|
| Will Follow: | | Call For Pickup: | |
| Will Not Follow: | x | Send Interoffice: | x |

**COVER MESSAGE:**

Please see attached.

**CONFIDENTIALITY NOTE:**
The documents accompanying this fax transmission contain information, which may be confidential and/or legally privileged, from the law firm of Blank Rome LLP. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this in error, please notify us by telephone immediately at the number listed above, collect, so that we may arrange for the return of the original documents to us at no cost to you. The unauthorized disclosure, use, or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

| TRANSMITTED BY: | DATE SENT: | TIME SENT: | TIME CALLED: |
|-----------------|------------|------------|--------------|
| BUSY: | NO ANSWER: | WRONG NUMBER: | NO CONNECTION: |

405 Lexington Avenue, New York, NY 10174-0208
212.885.5000  Fax: 212.885.5001

www.BlankRome.com

128954.00602/6621493v.1

ENDORSEMENT:

ADJ. TO MAY 8, 08 AT NOON WITH THE UNDERSTANDING AS NOTED WILL FIND THE COURT DISMISSING THE ATTACHMENT ON THAT DATE UNLESS THERE IS GOOD CAUSE SHOWN NOT TO DO SO.