BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RULEWAVE LLC,

        Plaintiff,

v.

DALLA AL-SAHRAA
INTERNATIONAL GENERAL
TRADING LLC,

        Defendant.

08 CV 0162

**NOTICE OF DISMISSAL PURSUANT TO F. R. CIV. P. RULE 41(a)(1)**

---

WHEREAS Plaintiff, RULEWAVE LLC, filed the captioned Complaint and Defendant, DALL A AL-SAHRAA INTERNATIONAL GENERAL TRADING LLC, has not filed an appearance or answered or moved.

NOW, Plaintiff hereby consents to dismiss the action pursuant to F. R. Civ. P. Rule 41(a)(1) without prejudice and without costs and release all sums attached, if any, at garnishee banks. — *and the Clerk is instructed to close this matter / remove it from my docket*

Dated: New York, New York
May 7, 2008

                Respectfully submitted

                By: /s/ Jeremy J.O. Harwood
                Jeremy J.O. Harwood
                BLANK ROME LLP
                405 Lexington Avenue
                New York, NY 10174
                *Attorneys for Plaintiff*

SO ORDERED:

/s/ Harold Baer, Jr.
Harold Baer, Jr., U.S.D.J.
Date: 5/7/08

128954.00602/6637409v.1