

Phone: (212) 885-5149
Fax: (917) 332-3720
Email: JHarwood@BlankRome.com

May 7, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

**BY FAX**

Honorable Harold Baer, Jr.
United States District Judge
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    Rulewave LLC v. Dalla Al-Sahraa
            08 CV 0162
            Our Ref. No. 128954-00602

Dear Judge Baer:

    We are attorneys for the Rule B plaintiff, Rulewave LLC. The Court rescheduled the status conference from March to May 8, 2008 to discuss case management. In its endorsement to our letter of March 4, plaintiff was to show reason why the case should not be dismissed. We have been unsuccessful in attaching defendant's assets and therefore will file the attached dismissal order and request, accordingly, that the conference to discuss case management scheduled for tomorrow be cancelled.

    Respectfully submitted,

    Jeremy J.O. Harwood

JJH:rk

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

128954.00602/6637392v.1

Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong